# EXHIBIT 1

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK:
------------------------------------------------------------X
ALEC J. MEGIBOW, M.D., as assignee of
Jennie Rosario, a/k/a Jenny Rosario,
08 CV 519 NDNY,
          plaintiff,

-against-

          INDEX NO. 117320/09

Fred Hagen, Chief Benefits Officer,
1199SEIU BENEFIT & PENSION FUNDS,
as duly authorized designee of the
Board of Trustees of the 1199SEIU
Benefit Fund for Health and Human
Service Employees,
          defendant.
------------------------------------------------------------X

# COMPLAINT

    Plaintiff Alec J. Megibow, M.D., complaining of the defendants, by his undersigned counsel, alleges upon information and belief, as follows:

    1. Jennie Rosario ("Rosario"), plaintiff's ("Megibow")'s assignor, and defendant ("1199") are parties to an agreement ("A")("Agreement") settling two prior actions venued in the Northern District of New York.

1

2. ¶ 17 of the Agreement ("A"--page 10) provides:

"This Settlement is made and entered into in the State of New York and shall in all respects be interpreted, enforced, and governed under the laws of said state without giving effect to conflicting laws or provisions thereof."

3. Plaintiff is the assignee of certain rights of Rosario under the agreement.

4. Plaintiff initiated an action pursuant to such rights against defendant in this Court under Index No. 106627/09 earlier this year.

5. Defendant thereafter caused the said case (106627/09) to be "disposed" ("B") in this Court by unilaterally removing it to a jurisdiction beyond the enforcement powers of the laws of this State, upon the purported ground that the Agreement was not enforceable under the laws of this State.

6. Defendant breached the Agreement by such action, to plaintiff's damage, and continuing.

WHEREFORE it is respectfully requested that an ORDER:

1. Declaring that defendant is in breach of its agreement with plaintiff's assignor; and/or

2. for such other and further relief as to this Court may seem just and proper,

2

should be granted.

Executed:
New York NY
December 8, 2009

                                        _____
                                        Anthony M. Bentley
                                        A. M. Bentley, P.C.
                                        Plaintiff's Counsel
                                        116 West 72nd Street
                                        New York NY  10023-3315
                                        (212) 459-4067



A

Settlement Agreement & Release
Page 9 of 9

17.  This Settlement is made and entered into in the State of New York and shall in all respects be interpreted, enforced, and governed under the laws of said state without giving effect to conflicting laws or provisions thereof.

Dated: New York, New York
August ___, 2008
ACCEPTED AND AGREED:
STATE OF NEW YORK )
                   ss.:)
COUNTY OF NEW YORK)

CONTINUUM HEALTH PARTNERS
_____
Marvin Russell
Senior Vice President, Human Resources
Continuum Health Partners
555 West 57th Street
New York, New York 10019

ST. LUKE'S-ROOSEVELT HOSPITAL CENTER
_____
Marvin Russell
Senior Vice President, Human Resources
St. Luke's-Roosevelt Hospital Center
555 West 57th Street
New York, New York 10019

LIBERTY LIFE ASSURANCE CO. OF BOSTON
_____
Paula J. McGee
Litigation Manager
Liberty Life Assurance Co. of Boston
3901 Premier North Drive
Tampa, FL 33618

JENNIE ROSARIO a/k/a JENNY ROSARIO
_____
JENNIE ROSARIO a/k/a JENNY ROSARIO
300 E. 33rd Street
Apt. 2C
New York, NY 10023
(212) 459-4067

LEVY RATNER, P.C.
_____
Owen M. Rumelt, Esq.
Attorney for Defendant
1199SEIU United Healthcare Workers East
80 Eighth Avenue, 8th Floor
New York, New York 10011
(212) 627-8100

1199SEIU NATIONAL BENEFIT FUND
_____
Fred Hagen
Chief Benefits Officer
1199SEIU BENEFIT & PENSION FUNDS
330 West 42nd Street, 31st Flr.
New York, NY 10036
(646) 473-6950

*RUMELT CONTRACT*
*Page 10 of 10*

**LEVY RATNER, P.C.**
Attorneys at Law
80 Eighth Avenue
New York, New York 10011-5126

Telephone (212) 627-8100
Telecopier (212) 627-8182

Richard A. Levy
Daniel J. Ratner
Daniel Engelstein*
Gwynne A. Wilcox*
Pamela Jeffrey
Owen M. Rumelt*
Kevin Finnegan
Carl J. Levine*
David Slutsky*
Allyson L. Belovin
Suzanne Hepner*

Ezekiel D. Carder*
Dana E. Lossia*
Sara D. Newman*
Susan J. Cameron*
Micah Wissinger*
Ryan J. Barbur

Senior Counsel:
Richard Dorn
Jennifer J. Middleton*
Paul Schachter°
Denise Reinhardt*

Counsel:
Anthony DiCaprio
Michael Steven Smith
David P. Horowitz*

September 22, 2008

Marvin Russell
Senior Vice President,
  Human Resources
Continuum Health Partners
555 West 57th Street
New York, New York  10019

Jenny Rosario
300 E.33rd Street, Apt. 2C
New York, NY  10023

Paula J. McGee
Litigation Manager
Liberty Life Assurance Co. of Boston
3901 Premier North Drive
Tampa, FL  33618

Fred Hagen
Chief Benefits Officer
1199SEIU National Benefit Fund
330 West 42nd Street, 31st Floor
New York, New York  10036

Re: Rosario v. Continuum Health Partners, et al.
Index No. 07 CV. 1276 (NAM)(DRH)
Rosario v. Trustees of the 1199 SEIU, et al.
Index No. 08 CV. 519 (NAM)(DRH)

Ladies/Gentlemen:

  Enclosed is a fully executed Settlement Agreement and Release in the above-referenced action.

Very truly yours,

*Owen M. Rumelt*

OMR:bms
Encl.

*RUMELT CONTRACT*
*Page 1 of 10*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
---------------------------------------- X Docket No. 07 CV 1276
                                           (NAM)(DRH)
JENNY ROSARIO,

    Plaintiff,

  -against-        **FULL AND FINAL**
            **SETTLEMENT AGREEMENT**
CONTINUUM HEALTH PARTNERS, LOCAL 1199 **AND RELEASE**
SEIU, and LIBERTY MUTUAL,

    Defendants.

---------------------------------------- X

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
---------------------------------------- X

          DOCKET NO.: 08 CV 519 (NAM)(DRH)
JENNIE ROSARIO
    Plaintiff,

  - against -

TRUSTEES OF THE 1199 SEIU, NATIONAL
BENEFIT FUND for HEALTH and HUMAN FULL AND FINAL SETTLEMENT
SERVICE EMPLOYEES and,     AGREEMENT AND RELEASE

ST. LUKE'S HOSPITAL, a/k/a
"CONTINUUM HEALTH PARTNERS, INC.
(ST. LUKE'S ROOSEVELT HOSPITAL
CENTER),"
    Defendants.
---------------------------------------- X

3300830.1

*RUMELT CONTRACT*
*Page 2 of 10*